# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MICHAEL GHANEM,**
Appellant,

v.

**U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF10 MASTER PARTICIPATION TRUST,**
Appellee.

No. 4D19-1108

[February 20, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 502018CA005565XXXXMB.

Philippe Symonovicz of Law Offices of Philippe Symonovicz, Fort Lauderdale, for appellant.

Shaib Y. Rios of Brock & Scott, PLLC, Ft. Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***